IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARMAINE PRATER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-3566 |
| | : | |
| AMERICAN HERITAGE FEDERAL | : | |
| CREDIT UNION, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 9th day of December, 2021, upon consideration of Plaintiff Charmaine Prater's "Motion for Extraordinary Relief of Dead Line of November 10, 2021," (ECF No. 12), *pro se* Amended Complaints (ECF Nos. 13 & 14), and "Motion for Additional Time to Amend Case with an Attorney," (ECF No. 15), it is **ORDERED** that:

1. The "Motion for Extraordinary Relief of Dead Line of November 10, 2021," (ECF No. 12) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to unseal Prater's sealed Amended Complaint (ECF No. 14).

3. The Amended Complaints are **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The "Motion for Additional Time to Amend Case with an Attorney," (ECF No. 15) is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, C.J.